# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**HONORABLE:** Paul D. Stickney  
**DEPUTY CLERK:** L. Price  
**LAW CLERK:** ___  
**INTERPRETER:** ___  

**PRESIDING:** _Grauni_  
**COURT REPORTER/TAPE NUMBER:** FTR _Archuleta 1:15-1:18_  
**USPO:** ___  
**Date:** 7/25/14  

---

Cr.No. 3:14-cr-00293-M *SEALED*  
DEFT. No. ___

UNITED STATES OF AMERICA  §  
v.  §  _Walt Junker_, AUSA  
  §  _Tom Mills_  
DAPHENY ELAINE FAIN (3)  §  COUNSEL FOR DEFENDANTS APPT – (A), Ret – (R), FPD – (F)

## ARRAIGNMENT/REARRAIGNMENT

Time in Court: ___

Trial Status:  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Direct Verdict  ☐ Evidence Entered  
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)  
☐ Mistrial  ☐ Settled/Guilty  ☐ None  

Days in Trial: ___  
Hearing Concluded:  ☐ Yes  ☐ No  

☐ Defendant SWORN.  
☑ Arraignment  ☐ Rearraignment – Held on Count(s) __8,13__  
of the __13__ count(s)  ☑ Indictment  ☐ Information  ☐ Superseding Indictment  ☐ Complaint  
☐ Sentencing Guidelines                                                ☐ Superseding Information  
☑ Deft enters a pleas of  ☑ Not Guilty  ☐ Guilty  ☐ Nolo  
☐ Waiver of Jury Trial  
☐ Waiver of Indictment filed  
☐ Plea Agreement accepted       ☐ Court defers acceptance of Plea Agreement  
☐ Plea Agreement filed (see agreement for details)  ☐ No Plea Agreement  
☐ Plea Agreement included with Factual Resume.  
☐ Factual Resume filed.  
☐ Sentencing set   Date: ___   Time: ___  
☐ Trial set for   Date: ___   Time: ___  
    Pretrial motions due: ___   Discovery motions/Government Responses due: ___  
☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.  
☐ PSI waiver filed.   PSI due: ___   Pre-sentence Referral Form to: ___  
☑ Deft Bond  ☑ Set  ☐ reduced to $ ___   ☐ Cash  ☐ Surety  ☐ 10%  ☑ PR  
☐ Deft failed to appear, bench warrant to issue.  
☐ Bond  ☐ continued  ☐ forfeited  
☐ Deft Custody/Detention continued.  
☐ Deft REMANDED to custody.  
OTHER PROCEEDINGS: ___

**U.S. DISTRICT COURT**  
**NORTHERN DISTRICT OF TEXAS**  
**FILED**  
**JUL 25 2014**  
CLERK, U.S. DISTRICT COURT  
By ___ Deputy