United States District Court
Northern District of Texas
Office of the Clerk
Dallas Division

USA

vs

Case Number: 3:14-CR-293-M

Fain, Dapheny Elaine

Receipt of Passport

---

The deputy clerk below acknowledges receipt of the following Passport.

Identfication Number: 086987955 USA

Tendered by: Defendant's Attorney

For the Benefit of: Dapheny Elaine Fain

Description: Passport

Karen Mitchell
Clerk of Court

*Doug Thornton* (signature)
Doug Thornton, Deputy Clerk
Date: 07/28/2014