IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CASE NO.  3:14-CR-293-M |
| § | |
| DAPHENY ELAINE FAIN (03) § | |

## ORDER

Pursuant to the district judge's *Order of Referral*, Doc. 37, the undersigned now considers the *Motion of Defendant Dapheny Fain for the Appointment of Co-Counsel*, Doc. 27. The Government filed notice that it takes no position with respect to the motion.  Doc. 40.

Based on (1) the fact that the investigation spanned a number of years and resulted in the return of a 106-page indictment against defendants; (2) the nature of the pending charges, which are predicated on the allegations of a sophisticated fraudulent scheme; and (3) the government's representation that it will likely produce to the defendants in discovery between 2.5 and 4.5 terabytes of electronically-stored information, the Court finds that this case is properly categorized as "extremely difficult."  *Guide to Judiciary Policy*, Vol. 7, Part A, Ch. 2 § 230.53.20.  The Court further finds that the appointment of co-counsel for Defendant Fain is warranted under these circumstances, and that it is in the interest of justice.

Accordingly, the *Motion of Defendant Dapheny Fain for the Appointment of Co-Counsel*, Doc. 27, is **GRANTED**.  Attorney Marlo Cadeddu is hereby appointed as co-counsel for Defendant Fain under the provisions of the Criminal Justice Act.

**SIGNED** September 3, 2014.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE