**MILLS & WILLIAMS, L.L.P.**

AUSTIN • BELTON • DALLAS • GEORGETOWN

February 6, 2015

HAND DELIVERED

The Honorable Barbara M.G. Lynn
United States District Court
1100 Commerce Street, Room 1572
Dallas, Texas 75242

      RE:   *United States of America v. Dapheny Fain*
             Case No. 3:14-cr-00293-M - Travel Request

Dear Judge Lynn:

      Dapheny Fain requests permission to travel to Los Angeles, California as soon as she can book a flight for herself and her mother. The requested travel is to accompany her mother, who cannot travel alone, who will visit her own mother (Ms. Fain's grandmother), who is sick. The visit will be for approximately five (5) days. If approved, Ms. Fain will then make the travel arrangements and supplement this letter with the exact dates of her travel.

      There is no objection by AUSA Walt Junker. Ms. Fain knows that she he needs to personally check in with her pretrial release officer upon her return.

      A copy of this request is being provided to Ms. Fain's probation officer, and AUSA Junker.

      Please indicate the Court's position in this matter if the form below is satisfactory.

Respectfully submitted,

*John Mills*

Thomas W. Mills, Jr.

cc    Lanita Lars, U.S. Probation Officer
        Walt Junker, AUSA

The Court grants ___✓___ denies _____ the Defendant's travel request.

Comments and/or requirements: _Provide itinerary to the Court._

Date: _2-6-15_         *Barbara M.G. Lynn*
                                          United States District Judge