**MILLS & WILLIAMS, L.L.P.**

AUSTIN • BELTON • DALLAS • GEORGETOWN

February 11, 2015

HAND DELIVERED

The Honorable Barbara M.G. Lynn
United States District Court
1100 Commerce Street, Room 1572
Dallas, Texas 75242

      RE:    *United States of America v. Dapheny Fain*
             Case No. 3:14-cr-00293-M – Travel Request - Supplement

Dear Judge Lynn:

    Dapheny Fain requests permission to travel to Los Angeles, California on Tuesday, February 24, 2015 and return to Dallas on Sunday, March 1, 2015. The requested travel is to accompany her mother, who cannot travel alone, who will visit her own mother (Ms. Fain's grandmother), who is sick.

    There is no objection by AUSA Walt Junker. Ms. Fain knows that she needs to personally check in with her probation release officer upon her return.

    A copy of this request is being provided to Ms. Fain's probation officer, and AUSA Junker.

    Please indicate the Court's position in this matter if the form below is satisfactory.

                                  Respectfully submitted,

                                  Thomas W. Mills, Jr.

cc    Lanita Lars, U.S. Probation Officer
       Walt Junker, AUSA

The Court grants ___✓___ denies _____ the Defendant's travel request.

Comments and/or requirements: _____

Date: 2-11-15                      Barbara M.G. Lynn
                                     United States District Judge